**95–845.**  Duffy v. State Auto. Mut. Ins. Co.  *Cuyahoga County,* No. 67061.  This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.  Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective December 6, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Monday, December 11, 1995*

## MOTION DOCKET

**95–2411.**  State ex rel. Debbe–Martin v. Spees.  In Mandamus.  *Sua sponte,* alternative writ granted.

F.E. SWEENEY, PFEIFER and COOK, JJ., dissent and would dismiss the cause.

*Tuesday, December 12, 1995*

## MISCELLANEOUS DISMISSALS

**95–1845.**  James v. Trumbull Cty. Bd. of Edn.  *Trumbull County,* No. 94–T–5118.  This cause is pending before the court as a discretionary appeal.  Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective December 11, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, December 13, 1995*

## MERIT DOCKET

**95–1534.**  Ballard v. Ohio Adult Parole Auth.  In Mandamus.  On amended motion to dismiss.  Amended motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1544.**  State ex rel. Bailey v. Ohio Adult Parole Bd.  In Habeas Corpus.  *Sua sponte,* cause dismissed.

DOUGLAS, WRIGHT, RESNICK, PFEIFER and COOK, JJ., concur.

MOYER, C.J., and F.E. SWEENEY, J., would deny the writ.

**95–1697.**  Horton v. Ohio Adult Parole Auth.  In Habeas Corpus.  *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1713.**  State ex rel. Aloi v. Ohio Adult Parole Auth.  In Mandamus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1856.**  Barnes v. Collins.  In Habeas Corpus.  *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1935.**  Jackson v. Rogers.  In Habeas Corpus.  *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1937.**  Watkins v. Edwards.  In Mandamus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–2147.**  Floyd v. Alexander.  In Habeas Corpus.  *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.